UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MICHAEL ANDREIKA** )<br>    **Plaintiff** )<br>**V.** )<br> )<br>**FIRST RESOLUTION MANAGEMENT** )<br>**CORPORATION** )<br>    **Defendant** )<br> ) | **CASE NO:**<br>**3:08-CV-00096-CFD**<br><br>**NOTICE OF DISMISSAL**<br><br><br><br>**APRIL 4, 2008** |

Pursuant to F.R.C.P. §41(a)(1), the plaintiff, Michael Andreika, through his attorney Daniel S. Blinn, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice and without costs.

          PLAINTIFF, Michael Andreika

          By: /s/Daniel S. Blinn
             Daniel S. Blinn
             Consumer Law Group, LLC
             35 Cold Spring Road, Suite 512
             Rocky Hill, Connecticut 06067
             Tel (860) 571-0408  Fax (860) 571-7457
             Fed Bar No. ct02188

## CERTIFICATION

     I hereby certify that on this 4th day of April, 2008, a copy of the foregoing Notice of Dismissal for failure to plead was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


First Resolution Management Corporation
400-2985 Virtual Way
Vancouver, BC  V5M 4X7


                                                /s/Daniel S. Blinn
                                                Daniel S. Blinn